**Slip Op. 04-26**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS**

_____
:
SHINYEI CORPORATION OF AMERICA,        :
                                       :
         Plaintiff,                    :
                                       :
         v.                            :       Court No. 00-00130
                                       :
UNITED STATES, et. al.,                :
                                       :
         Defendant.                    :
_____:

**ORDER**

This matter comes before the Court pursuant to the decision of the Court of Appeals for the Federal Circuit ("CAFC") in <u>Shinyei Corp. of Am. v. United States</u>, 355 F.3d 1297 (Fed. Cir. 2004), and the CAFC mandate of March 12, 2004, reversing and remanding the judgment of the Court in <u>Shinyei Corp. of Am. v. United States</u>, 27 CIT ___, ___, 248 F. Supp. 2d 1350.

The CAFC held that this Court erred in granting defendant's motion to dismiss the action pursuant to USCIT R. 12(b)(1). Accordingly, it is hereby

**ORDERED** that plaintiff proceed with the merits of the case consistent with the CAFC's opinion.

/s/ NICHOLAS TSOUCALAS
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated:    March 22, 2004
          New York, New York